AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

LEE A. HOLLAAR and AUDREY M. HOLLAAR,

    Plaintiffs

v.

MARKETPRO SOUTH, INC. a Maryland corporation,

    Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:22-CV-559 TS

IT IS ORDERED AND ADJUDGED

that this action is dismissed with prejudice.

January 11, 2023
*Date*

BY THE COURT:

_____
Ted Stewart
United States District Judge