Mitchell A. Stephens (11775)
Jordan Pate (17634)
JAMES DODGE RUSSELL & STEPHENS, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Email: mstephens@jdrslaw.com
      jpate@jdrslaw.com

Abdullah H. Hijazi (admitted *pro hac vice*)
HIJAZI & CARROLL, P.A.
3231 Superior Lane, Suite A26
Bowie, MD 20715
Email: ahijazi@hzc-law.com

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH

| | |
|---|---|
| LEE A. HOLLAAR and AUDREY M. HOLLAAR, <br><br> *Plaintiffs*, <br><br> v. <br><br> MARKETPRO SOUTH, INC, a Maryland corporation, <br><br> *Defendant*. | **MOTION FOR RELEASE OF DEPOSIT OF JUDGMENT** <br><br> Case No. 2:22-cv-00559-TS-JCB <br><br> District Judge Ted Stewart |

Pursuant Rules 62 and 67 of the Federal and Utah Rules of Civil Procedure, 28 U.S.C. §§ 2041-42, and Utah Code § 78B-5-804, Defendant MarketPro South, Inc. ("MarketPro") submits this Motion for Release of Deposit of Judgment on the following grounds:

    1.    On January 11, 2023, the Court entered judgment in the above-captioned matter dismissing Plaintiffs' Lee A. Hollaar and Audrey M. Hollaar ("Plaintiffs") claims with prejudice (the "Judgment"). [*See* Dkt. 27].

1

2. On March 6, 2023, the Court entered its Memorandum Decision and Order Granting Defendant's Motion for Attorney's Fees, ordering to pay $32,366.10 to MarketPro (the "Fees"). [*See* Dkt. 35].

3. On July 12, 2023, the Court entered its Memorandum Decision and Order, staying enforcement of the Fees judgment and requiring Plaintiffs to "deposit $38,551.26 with the Clerk of Court as security" pending the resolution of Plaintiffs' appeal. [*See* Dkt. 45].

4. Plaintiffs deposited $38,551.26 with the Clerk of Court (the "Deposit").

5. On October 31, 2023, the United States Court of Appeals for the Tenth Circuit entered an order affirming the Judgment. [*See* Dkt. 55].

6. On November 27, 2023, Plaintiffs' petition for rehearing was denied by the United States Court of Appeals for the Tenth Circuit. [*See* Dkt. 54].

7. On December 5, 2023, the United States Court of Appeals for the Tenth Circuit filed its mandate in the above-captioned case. [*See* Dkt. 55].

8. On January 9, 2024, the United States Court of Appeals for the Tenth Circuit awarded MarketPro its costs in the amount of $67.42 associated with the appeal (the "Costs"). [*See* Dkt. 57].

9. The Fees incurred interest at the post-judgment interest rate of 6.73%, or in the amount of $2,178.24 per year,[1] or per day $5.97 per day.[2] [*See* Dkt. 45 at 3].

10. From March 6, 2023 through April 3, 2024, the Fees accrued interest for 395 days, incurring a total of $2,358.15 in interest through that date (the "Interest").

---

[1] 6.73% x $32,366.10 = $2,178.24.
[2] $2,178.24/365 = $5.97.

11. The Fees, Costs, and Interest through April 4, 2024 totals $34,791.67.  [*See* ¶¶ 2, 8, 10].

Accordingly, pursuant Rules 62 and 67 of the Federal and Utah Rules of Civil Procedure, 28 U.S.C. §§ 2041-42, and Utah Code § 78B-5-804, MarketPro requests that the Clerk of the Court release from the Deposit $34,791.67, plus $5.97 for each day after April 4, 2024 through the date that the funds are released to the IOLTA account of MarketPro's attorneys, James Dodge Russell & Stephens, P.C., as the appeal has been resolved, the stay of enforcement is no longer necessary, and MarketPro is entitled to the funds.

A proposed order granting this Motion was filed concurrently herewith and served upon all parties.

DATED this 4th day of April, 2024.

    Respectfully submitted,

    JAMES DODGE RUSSELL & STEPHENS, P.C.

    */s/ Jordan Pate*
    Mitchell A. Stephens
    Jordan Pate

    HIJAZI & CARROLL, P.A.

    Abdullah H. Hijazi

    *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on April 4, 2024, I filed the foregoing through CM/ECF and mailed via U.S. mail and email as follows:

Lee A. Hollaar
Audrey Hollaar
1367 East 100 South
Salt Lake City, Utah 84102
hollaar@cs.utah.edu

                                       */s/ Jordan Pate*
                                       Jordan Pate